473 A.2d 647

Commonwealth v. Dennis, Appellant.

Argued November 22, 1983. Irene H. Cotton, for appellant; Leslie Ann Sudock, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, WATKINS and CERCONE, JJ.

Judgment of sentence affirmed.